```
ANNIE ZHAO  - PLAINTIFF                              SUPERIOR COURT
                                                     CUMBERLAND, ss.
Attorney for: ANNIE ZHAO                             Docket No  PORSC-CV-2020-00243
RANDALL B WEILL  - RETAINED
PRETI FLAHERTY BELIVEAU PACHIOS LLP
ONE CITY CENTER                                      DOCKET RECORD
PO BOX 9546
PORTLAND ME 04112-9546

Attorney for: ANNIE ZHAO
SIGMUND D SCHUTZ  - RETAINED
PRETI FLAHERTY BELIVEAU PACHIOS LLP
ONE CITY CENTER
PO BOX 9546
PORTLAND ME 04112-9546

Attorney for: ANNIE ZHAO
GREGORY P HANSEL  - RETAINED
PRETI FLAHERTY BELIVEAU PACHIOS LLP
ONE CITY CENTER
PO BOX 9546
PORTLAND ME 04112-9546

Attorney for: ANNIE ZHAO
ALEXANDRA HARRIMAN  - RETAINED
PRETI FLAHERTY BELIVEAU PACHIOS LLP
ONE CITY CENTER
PO BOX 9546
PORTLAND ME 04112-9546


vs
COUNCIL ON INTERNATIONAL EDUCATIONAL EXCHANGE - DEFENDANT
300 FORE STREET
PORTLAND ME 04101
CIEE INC - DEFENDANT
300 FORE STREET
PORTLAND ME 04101

Filing Document: COMPLAINT                Minor Case Type: CONTRACT
Filing Date: 06/12/2020
```

## Docket Events:

06/12/2020 FILING DOCUMENT - COMPLAINT FILED ON 06/12/2020

06/16/2020 Party(s):  ANNIE ZHAO
           ATTORNEY - RETAINED ENTERED ON 06/12/2020
           Plaintiff's Attorney: SIGMUND D SCHUTZ

06/16/2020 Party(s):  ANNIE ZHAO
           ATTORNEY - RETAINED ENTERED ON 06/12/2020
           Plaintiff's Attorney: GREGORY P HANSEL

06/16/2020 Party(s):  ANNIE ZHAO
           ATTORNEY - RETAINED ENTERED ON 06/12/2020
           Plaintiff's Attorney: RANDALL B WEILL

```
                                                            PORSC-CV-2020-00243
                                                                  DOCKET RECORD
```

```
06/16/2020 Party(s):  ANNIE ZHAO
           ATTORNEY - RETAINED ENTERED ON 06/12/2020
           Plaintiff's Attorney: ALEXANDRA HARRIMAN


06/16/2020 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 06/16/2020
           THOMAS  MCKEON , JUSTICE


06/22/2020 Party(s):  COUNCIL ON INTERNATIONAL EDUCATIONAL EXCHANGE
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/16/2020
           UPON DEFENDANT COUNCIL ON INTERNATIONAL EDUCATIONAL EXCHANGE TO KENNETH A KEENE,
           REGISTERED AGENT.


06/22/2020 Party(s):  COUNCIL ON INTERNATIONAL EDUCATIONAL EXCHANGE
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/22/2020


06/22/2020 Party(s):  CIEE INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/16/2020
           U[PON DEFENDANT CIEE INC TO CT CORPORATION, REGISTERED AGENT.


06/22/2020 Party(s):  CIEE INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/22/2020
```

**Receipts**

| | | | |
|---|---|---|---|
| 06/12/2020 | Misc Fee Payments | $150.00 | paid. |
| 06/12/2020 | Misc Fee Payments | $25.00  | paid. |

A TRUE COPY
ATTEST:  _____
                        Clerk